# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SOUTHWEST BANK OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:03CV1816-SNL |
| ) | |
| M/V THE WHIPPLER, and ) | |
| MY RIVER HOME BOAT HARBOR, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This case is set for trial October 31, 2005. Pretrial response would be due October 11, 2005.

Plaintiff's motion for summary judgment (#27) filed June 29, 2005 is fully briefed and ready for ruling. Although the Court has decided to rule in favor of plaintiff, and sustain the motion for summary judgment, it will be unable to have a memorandum opinion prepared before October 11, 2005.

**IT IS THEREFORE ORDERED** that summary judgment will be granted for the plaintiff with a memorandum opinion to follow setting out, with particularity, the ruling. Accordingly, the case will be **REMOVED** from the trial docket of October 31, 2005.

Dated this ___7th___ day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE